# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| THOMAS J. SEPHAKIS, | : | No. 463 MAL 2019 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior |
| v. | : | Court |
| | : | |
| | : | |
| PENNSYLVANIA STATE POLICE BUREAU | : | |
| OF RECORDS AND IDENTIFICATION, | : | |
| MONTGOMERY COUNTY DEPARTMENT | : | |
| OF BEHAVIORAL | : | |
| HEALTH/DEVELOPMENTAL DISABILITIES, | : | |
| MCES, INC., | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of January, 2020, the Petition for Allowance of Appeal is **DENIED**.